# MEMORANDUM DECISIONS.

ABE STEIN CO. v. ROBERTSON. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by the Abe Stein Company against Julius Robertson. No opinion. Motion for leave to file supplemental brief granted. See 57 N. Y. Supp. 46.

ADAMSON, Appellant, v. HOUGHTALING, Respondent. (City Court of New York, General Term. March 29, 1899.) Action by William W. Adamson against Charles S. Houghtaling. Baggott Ryall, for appellant. Marion Smith, for respondent.

PER CURIAM. Order affirmed, with costs.

ALKER v. JARVIS. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Florence A. Alker against Nathaniel Jarvis, Jr. No opinion. Motion denied.

ALKER, Respondent, v. JARVIS, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Florence A. Alker against Nathaniel Jarvis, Jr. A. Price, for appellant. A. H. Alker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ALLING, Appellant, v. TROVOR, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Asa A. Alling, as assignee, against Francis N. Trovor. T. D. Kenneson, for appellant. A. K. Potter, for respondent. No opinion. Order affirmed, with costs.

ALTEIRI, Respondent, v. SAKARIASEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Pasquale Alteiri against Didrik Sakariasen and others. No opinion. Judgment affirmed, with costs. See 54 N. Y. Supp. 1095.

In re ANDERSON. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of George W. Anderson for admission as an attorney and counselor at law in the state of New York. No opinion. Application granted.

In re ANDERSON. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of Hamilton G. Anderson for admission as attorney and counselor at law. No opinion. Application granted.

In re ANTHONY. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) In the matter of D. Edgar Anthony, an attorney. No opinion. Reference ordered to Albert G. McDonald, to take proof upon the issues raised by the petition and answer, and report the testimony to this court, together with his opinion thereon.

BAGLEY, Respondent, v. MUTUAL RESERVE FUND LIFE ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by George A. Bagley against the Mutual Reserve Fund Life Association. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of Hiscock, J., delivered at special term, with leave to defendant to withdraw its demurrer and answer, upon payment of the costs of the demurrer and of this appeal. 24 Misc. Rep. 634, 54 N. Y. Supp. 189.

BAKER v. McMULLEN. (City Court of New York, General Term. March 28, 1899.) Action by Josiah H. Baker against Alexander McMullen. Ira Leo Bamberger, for appellant. Hoffman & Hoffman, for respondent.

PER CURIAM. Order appealed from affirmed, with $10 costs stricken out.

In re BARNES. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of Rosanna Barnes. No opinion. Motion granted, with $10 costs. See 55 N. Y. Supp. 430.

BARNES et al. v. CUSHING et al. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by Harry S. Barnes and another against Thomas W. Cushing, impleaded with others. No opinion. Motion denied, on payment of $10 costs.

BARNES, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Frederick E. Barnes against Edith M. Robinson. H. B. Kinghorn, for appellant. A. N. Hand, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Melcher v. Kreiser, 28 App. Div. 362, 51 N. Y. Supp. 249, and Schaefer v. Henkel, 75 N. Y. 378.

BAUER, Respondent, v. MASONIC LIFE ASS'N OF WESTERN NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by Louise Bauer against the Masonic Life Association of Western New York. No opinion. Judgment and order affirmed, with costs.

BENEDICT et al., Appellants, v. DAVIS et al., Respondents. (Supreme Court, Appellate